UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 08-20949-CIV-JORDAN

BRICKELL BAY ENTERTAINMENT, CO.

    Plaintiff
v.

OMER PARDILLO-CID and LUIS MARCOS FALCON

    Defendants
_____/

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

Mr. Garcia's motion for admission pro hac vice [D.E.11] is GRANTED.

DONE and ORDERED in chambers in Miami, Florida, this 3rd day of June, 2008.

_____
Adalberto Jordán
United States District Judge

Copy to:　　All counsel of record