UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20949-CIV-JORDAN

| | |
|---|---|
| BRICKELL BAY ENTERTAINMENT COMPANY, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| OMER PARDILLO-CID, individually and as Co-Executor of the Estate of Celia Cruz, and LUIS MARCOS FALCON, individually and as Co-Executor of the Estate of Celia Cruz and of Pedro Knight and Trustee of the Pedro Knight Trust, | ) ) ) ) ) ) ) ) |
| Defendants | ) ) |

**ORDER SETTING EVIDENTIARY HEARING**

The Court will hold an evidentiary hearing on the issue of Mr. Pardillo-Cid's domicile and residence at 2:30 p.m. on Friday, September 19, 2008, in Courtroom 10-1 of the Wilkie D. Ferguson, Jr. United States Courthouse, Miami, Florida. Each side shall have half an hour to present evidence and fifteen minutes to present arguments.

DONE and ORDERED in chambers in Miami, Florida, this 8th day of September, 2008.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record