UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20949-CIV-JORDAN

| | |
|---|---|
| BRICKELL BAY ENTERTAINMENT COMPANY,<br><br>　　　　Plaintiff<br><br>vs.<br><br>OMER PARDILLO – individually and as Co–Executor of the Estate of Celia Cruz, and LUIS MARCOS FALCON, individually and as Co–Executor of the Estate of Celia Cruz and of Pedro Knight and Trustee of the Pedro Knight Trust,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Mr. Garcia's motion for limited appearance [D.E. 7] was refiled as another motion [D.E. 11] and granted. Therefore, the initial motion [D.E. 7] is DENIED AS MOOT.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of September, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Adalberto Jordan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copy to:　　　All counsel of record

1