UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BRICKELL BAY ENTERTAINMENT
COMPANY,

Plaintiff,                                            CASE NO. : 08-20949- CIV - JORDAN

vs.

OMER PARDILLO – CID, individually
and as Co – Executor of the Estate of
Celia Cruz, and LUIS MARCOS FALCON,
individually and as Co – Executor of the
Estate of Celia Cruz and of Pedro Knight
and Trustee of the Pedro Knight Trust,

Defendants.
_____/

## ORDER RATIFYING STIPULATION OF SETTLEMENT

THIS CAUSE having come before the Court on the Stipulation of Settlement ("the Stipulation") entered into by Plaintiff Brickell Bay Entertainment Company ("BBEC") and Defendants Luis Marcos Falcon, individually, Luis Marcos Falcon, as trustee of the Pedro Knight Trust, and Luis Marcos Falcon, as executor under the Last Will and Testament of Pedro Knight (collectively ("Falcon") and Cuban Soul Forever Production, Inc. ("Cuban Soul"), as an interested party, and the Court having carefully considered the Stipulation and being otherwise duly advised in the premises, it is     ORDERED as follows:

1. The Stipulation of Settlement is hereby ratified and approved.

2. Cuban Soul is hereby joined as a Defendant and has submitted itself to the jurisdiction of this Court.

~~3. To the fullest extent permitted by law, the factual Stipulations contained in the Stipulation are made findings of fact by this Court.~~

3. ~~4.~~ The above - captioned action is hereby dismissed with prejudice as to Falcon and Cuban Soul only. Nothing contained herein shall constitute a dismissal of the claims asserted by BBEC against Defendant Omer Pardillo-Cid.

4. ~~5.~~ Any and all claims that could be asserted herein by Falcon and Cuban Soul against BBEC are hereby dismissed with prejudice.

5. ~~6.~~ BBEC and Falcon and Cuban Soul shall bear their own costs and attorney fees.

6. ~~7.~~ The Court retains jurisdiction over BBEC, Falcon and Cuban Soul for the purpose of enforcing the Stipulation according to its terms,* but only for one year.

DONE AND ORDERED in Chambers at Miami, Florida this 26th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Law Offices of Gregory Martin
801 Brickell Avenue, 9th Floor
Miami, Florida 33131
Tel.: (305) 789-6620
Direct No.: (786) 260-7235
Fax No.: (305) 328-4687
E mail: GAMartinLaw@aol.com

* Should the court find that it did not have diversity jurisdiction over this action in light of Mr. Pardillo-Cid's citizenship, this order ratifying the settlement will be of no force or effect.

Gilberto M. Garcia. Esq.
Garcia & Kricko
Court Plaza South, West Wing
Suite 350
21 Main Street
Hackensack, New Jersey 07601
Tel.: (201) 525-0053
Fax: (201) 525-0087
E mail: krickogarcia@aol.com

and

Luis Fernandez. Esq.
2250 S.W. 3rd Avenue
Suite 303
Miami, Florida 33129
Tel.: (305) 854-5955
Fax: (305) 854-5324
E mail: lfernandezlaw@aol.com


Luis Marcos Falcon
511 South 1st Avenue, Suite 168,
Arcadia, California 91006